UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(Tampa)

| | |
|---|---|
| James Smith, individually and on behalf of others similarly situated, and on behalf of the general public, | CASE NO.: 8:20-cv-00417-WFJ-AAS |
| Plaintiff, | |
| v. | |
| Oakley Transport Inc., Oakley Transportation Group, Inc. (d/b/a Oakley Transport), | |
| Defendants. _____/ | |

## FINAL APPROVAL ORDER AND JUDGMENT

WHEREAS, Plaintiff James Smith and Defendants Oakley Transport Inc., Oakley Transportation Group, Inc. (d/b/a Oakley Transport) (collectively Plaintiff and Defendants are referred to as the "Parties"), by their respective counsel, entered into a Settlement Agreement (the "Settlement");

WHEREAS, Plaintiff applied, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an order preliminarily approving the proposed Settlement and preliminarily approving the form and plan of notice and distribution as set forth in the Settlement;

WHEREAS, this Court provisionally certified the following class (the "Settlement Class"): all current and former truck drivers employed by

Defendants who drove within California for Defendants at any time during the Class Period (September 19, 2015 through December 31, 2020) ("Class Members"), and the following settlement subclasses:

- **PAGA Subclass** – current and former truck drivers employed by Defendants who drove within California for Defendants at any time since September 19, 2018, through December 31, 2020;
- **Paystub Subclass** - current and former truck drivers employed by Defendants who drove within California for Defendants at any time since September 19, 2018, through December 31, 2020; and
- **Waiting-Time Subclass** - current and former truck drivers employed by Defendants who drove within California for Defendants at any time since September 19, 2016, through December 31, 2020.

WHEREAS, the Court entered an order preliminarily approving the Settlement (the "Preliminary Approval Order"), approving the forms of notice of the Settlement to Settlement Class Members, directing that notice of the Settlement be given to Settlement Class Members, and scheduling a hearing on final approval;

WHEREAS, in accordance with the Settlement and the Preliminary Approval Order, Class Counsel caused the Notice to be disseminated as directed by the Court, giving the best notice practicable under the

circumstances;

WHEREAS, on October 14, 2021, at 1:30 p.m., this Court held a hearing on whether the Settlement is fair, reasonable, adequate and in the best interests of the Class (the "Final Approval Hearing"); and

WHEREAS, based upon the foregoing, having heard the statements of Class Counsel and Defendants' Counsel, and of such persons as chose to appear at the Final Approval Hearing; having considered all of the files, records and proceedings in the above-captioned action (the "Action"), the benefits to the Settlement Class under the Settlement and the risks, complexity, expense and probable duration of further litigation; and being fully advised in the premises;

**THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

1. Terms capitalized herein and not otherwise defined shall have the meanings ascribed to them in the Settlement Agreement.

2. This Court has jurisdiction over the subject matter of this Action and jurisdiction over the Parties.

3. The Court hereby adopts and reaffirms the findings and conclusions set forth in the Preliminary Approval Order.

4. The Court finds that Plaintiff and Class Counsel fairly and adequately represent the interests of the Settlement Class in connection with the Settlement.

5. The Court finds that Settlement is the product of good faith, arm's-length negotiations, with the assistance of a respected and experienced mediator, between Plaintiff and Class Counsel, one the one hand, and Defendants and Defendants' counsel, on the other, and the Settlement Class and Defendants were represented by capable and experienced counsel.

6. The Court finds that the form, content, and method of dissemination of the Notice given to Settlement Class Members—as previously approved by the Court in its Preliminary Approval Order—were adequate and reasonable, constituted the best notice practicable under the circumstances, and satisfied the requirements of Rules 23(c) and (e) and Due Process.

7. This Court grants final approval of the settlement and Settlement Agreement, including but not limited to the releases therein, and finds that the settlement and Settlement Agreement are in all respects fair, reasonable, adequate, and in the best interests of the Settlement Class. The Court hereby directs the Parties and their counsel to effectuate the Settlement according to its terms.

8. The Settlement Administrator shall, in consultation with Class Counsel and Counsel for Defendants, administer the settlement in good faith and in accordance with the terms of the Settlement Agreement.

9. The Court approves the distribution plan for the Settlement

Fund as provided in the Settlement Agreement.

10. The Court finds that no class member has objected to the Settlement.

11. The Court finds that no class member has opted out of the settlement.

12. Each Class Member and his or her heirs, trustees, executors, successors, administrators, assigns, and representatives, jointly and severally, shall have, fully and irrevocably released and discharged the Released Parties from the Released Claims, all as defined in the Settlement Agreement.

13. The above-captioned Action is hereby dismissed with prejudice. Each side shall bear its own fees and costs, except as provided in the Settlement Agreement.

14. This Order shall not be construed or used as an admission or evidence of the validity of any claim or allegation made in the Action against any Defendant or any other Released Party in the Action or of any wrongdoing by or against any Defendant or any other Released Party, nor as a waiver by any Defendant or any other Released Party of any right to present evidence, arguments or defenses, including without limitation to the propriety of class certification, in the Action or in any other litigation.

15. The Parties are hereby authorized, without requiring further

approval from the Court, to agree to adopt amendments and modifications to the Settlement Agreement, in writing and signed by or as authorized by the Parties, that are not inconsistent with this Order and that do not limit the rights of Settlement Class Members.

16. The Court shall retain jurisdiction over the Parties for purposes of effectuating the administration and enforcement of the Settlement Agreement.

17. This Order is final and appealable, and shall constitute a final judgment for purposes of the Federal Rules of Civil Procedure.

**THERE BEING NO JUST REASON FOR DELAY, LET JUDGMENT BE ENTERED ACCORDINGLY.**

**IT IS SO ORDERED.**

This 14th day of October, 2021.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE